IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jeraldine Johnson,<br><br>               Plaintiff,<br><br>  v.<br><br>Fifth Third Bank,<br><br>               Defendant. | Civil Action No.:  2:14-cv-11228-GCS-MKM |

**NOTICE OF SETTLEMENT**

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of Withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 12, 2014

                                                 Respectfully submitted,

                                                 By: /s/ Sergei Lemberg, Esq.

                                               LEMBERG LAW, L.L.C.
                                               1100 Summer Street
                                               Stamford, CT 06905
                                               Telephone: (203) 653-2250
                                               Facsimile:   (888) 953-6237
                                               Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: */s/ Sergei Lemberg*

Sergei Lemberg