# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JERALDINE JOHNSON, | Case No. 2:14-cv-11228 |
| Plaintiff, | Hon. George Caram Steeh |
| | Magistrate Judge Mona K. Majzoub |
| v. | |
| FIFTH THIRD BANK, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having reached a confidential settlement and having stipulated to the entry of this Stipulated Order of Dismissal with Prejudice;

IT IS HEREBY ORDERED that the Complaint is hereby dismissed with prejudice and without costs or attorney's fees to either party.

Dated: September 9, 2014        s/George Caram Steeh
                                United States District Judge

The undersigned hereby stipulate to the entry
of the above order:

| | |
|---|---|
| */s/ Sergei Lemberg (w/ consent)* | */s/  Jane M. Kogan* |
| Sergei Lemberg, Esq. | Homayune A. Ghaussi  (P63028) |
| Lemberg Law L.L.C. | Jane M. Kogan (P73267) |
| 1100 Summer Street | WARNER NORCROSS & JUDD LLP |
| Stamford, CT 06905 | 2000 Town Center, Suite 2700 |
| Telephone: (203) 653-2250 | Southfield, MI 48075 |
| Facsimile: (888) 953-6237 | Telephone:  (248) 784-5139 |
| Email: slemberg@lemberglaw.com | Facsimile:  (248) 784-5005 |
| | Email:  hghaussi@wnj.com |
| Matthew J. Clark | |
| Matthew J. Clark, PC | *Attorneys for Defendant* |
| 65 Cadillac Sq., Ste. 3727 | |
| Detroit, MI 48226 | |
| Telephone: 313-964-5600 | |
| Facsimile: 313-964-2125 | |
| Email: matt@unionlaw.net | |

*Attorneys for Plaintiff*